UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.:  3:17cr29/MCR/EMT
                 3:19cv3832/MCR/EMT

DANNY RAY MURPHY
      a/k/a/ "Mr. Duckblue"
_____/

# ORDER

The chief magistrate judge issued a Report and Recommendation on February 14, 2022 (ECF No. 96). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

1. The chief magistrate judge's Report and Recommendation (ECF No. 96) is adopted and incorporated by reference in this order.

2. The "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (ECF No. 84) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**